**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-6314**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL ANGELO KARRISON,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Terry L. Wooten, Senior District Judge.  (3:13-cr-00554-TLW-1)

Submitted:  June 24, 2021                    Decided:  June 29, 2021

Before KING and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Angelo Karrison, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Angelo Karrison appeals the district court's order denying his motions for compassionate release under 18 U.S.C. § 3582(c)(1)(A)(i), as amended by the First Step Act of 2018, Pub. L. No. 115-391, § 603(b)(1), 132 Stat. 5194, 5239.  After reviewing the record, we conclude that the district court did not abuse its discretion in denying Karrison's motions.  *See United States v. Kibble*, 992 F.3d 326, 329 (4th Cir. 2021) (stating standard of review).  Accordingly, we affirm for the reasons stated by the district court.  *United States v. Karrison*, No. 3:13-cr-00554-TLW-1 (D.S.C. Feb. 3, 2021).  We deny Karrison's motion to consolidate.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*